# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156157(80)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ALPHONSO L. STRAUGHTER, JR.,
        Defendant-Appellant.

_____/

SC: 156157
COA: 328956
Wayne CC: 15-000755-FC

       On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The pro per supplement submitted on July 19, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2017



Clerk